IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TABATHA ELAM,  )
  )
        Plaintiff,  )
  )  No. 6:12-cv-1260-TC
   v.  )
  )  ORDER
WILLAMETTE EAR, NOSE, THROAT,  )
AND PLASTIC SURGERY LLC.,  )
  )
        Defendant.  )
  )

AIKEN, Chief Judge:

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on October 5, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell

1    - ORDER

Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has filed objections. I have given de novo review of Magistrate Judge Coffin's ruling. I find no error. Accordingly, I adopt Magistrate Judge Coffin's Findings and Recommendation filed October 5, 2012, denying the motions to remand and for sanctions.

## CONCLUSION

I adopt Magistrate Judge Coffin's Findings and Recommendation (#22) filed October 5, 2012. Plaintiff's motions to remand (#13) and for imposition of sanctions (#15) are denied.

IT IS SO ORDERED.

DATED this 8th day of November, 2012.

*/s/ Ann Aiken*
ANN AIKEN
UNITED STATES DISTRICT JUDGE

2      - ORDER